May 13, 2005

Mr. Grant Parker Harpold
Hargis & Harpold, L.L.P.
2 Riverway, Suite 1020
Houston, TX 77056
Mr. Kevin McEvily
McEvily & Flowers
1415 Louisiana, Suite 3200
Houston, TX 77002

RE: Case Number: 03-0794
 Court of Appeals Number: 01-02-00084-CV
 Trial Court Number: 98-13492

Style: CHON TRI A/K/A HIEN DINH NGUYEN AND THERAVADA BUDDHIST
 CORPORATION
 v.
 J.T.T. AND M.T.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Brister and Justice
Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |